United States District Court
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Dana Lynn Nedeff
Tony Micheal Nedeff

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Katie Whitesell Hayden
Stewart A. Hayden

Case No. 1:19-CV-03011-SAB _____
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Nedeff   Dana  L ⅓ Tony Nedeff  M
              Name (Last, First, MI)

              314 S. 48th   ave
              Street Address

              Yakima, Yakima   Wa     98908
              County, City         State       Zip Code

              (509) 895-7222
              Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Hayden     Katie
                Name (Last, First)

                716  S. 18th  ave
                Street Address

                Yakima    yakima, WA     98902
                County, City         State       Zip Code

Defendant 2:    HAyden     Stewart     98902
                Name (Last, First)

                716  S. 18th  ave
                Street Address

                Yakima, Yakima  Wa     98902
                County, City         State       Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code


Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code


## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Our grandchildren have been removed from our home. located off the Yakama Reservation by a Yakama Tribal member that has resided in Yakima for the last @ 10 years. We are Asking for HAtius Corpus at this time until our Court Date. Tribe SAid they have Juri striction until R█████ is 18 years and ██████ 18 years. They SAid they have Juristriction to WenAtchee

### III.    VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Judge Tutsel at Supieror Court has given Yakama Nation Juristrition, four Hatius Copus have been denied. The Children are not enrolled they are 2nd decents never will Be and Dont fall under ICWA

### IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    Our home 314 S. 48th ave

Date(s) of occurrence:    Sept 26th 2018

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Forgery, Purgery have lied to Superior Court have lied to Yakama Nation Court. Both have Cps Cases and have neglected, abused and have maltreatment of children, Affliation with Cps Worker Ski Morales whom shuffled their severe absuse in piecre county.

Katy Hayden and Stewart Hayden living off Reservation went to Tribal Court knowly they could not file in Superior Court due to the fact they had open Cps Case and several cases in Toppenish. There is a document filled with no Stamp approval from RoseMary Gonzales who is not a lincesed Judge and has never been a lawyer. Tribal Court uses a small room with out a recorded and kept my son in a room for 2½ hours on Oct 18, 2018 and made to sign a non valid agreement or loose his children. His Dylon H.S. Nedeff was not petitioned. Tribal Court gave Y.P.D a paper to remove ▇▇▇▇▇ ▇▇▇▇ two years old with a severe Heart Condition from our home. Nuk-a-we-sha says there is nothing they can do. Ski Morales says too Bad and for us to Move one. I have and husband Tony Nedeff have had ▇▇▇ ▇▇▇ ▇▇▇ all her life. We have had ▇▇ ▇▇▇ ▇▇▇ ▇▇▇ Jr. over 165 days of the year. Abandon by mother.

Was anyone else involved?

Our Son Dylon H.S. Medeff Sr. Is in Carceration in Airway Heights. Tribal police Anthony Robbins and Anthony White foot Said since the children are not enrolled and live in the City it is Up to Ypd or the Sheriff Over here in Yakima to remove the children out of 716 S. 18th ave. They Said they dont Under stand how Katy Hayden and Steuart Hayden went to Tribal Court in the first place.

I have See the Hayden family very abusive to their children. ~~Rob~~ (2) Stint in heart, ~~D~~ A Social Worker has told me that if we get the children Back. █ ~~Some~~ ~~Some~~ ~~No~~ 11-23-16 and ~~D~~ ~~any~~ ~~So~~ ~~No~~ █ 1-4-18 to put them in Protective Custody.

Katy Hayden and Stewart Hayden have 9 children in a 3 bedroom home located on 716 S. 18th ave Yakima, Wa 98902. Katy Hayden lied in Distric Court Claiming I have been to her Job.

Who did what?

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Our other grand children ▓ ▓▓▓
B▓▓▓▓ and ▓ ▓▓▓▓ N▓▓▓▓
Tony Necleff and Dana Necleff
▓▓▓ ▓▓▓ and ▓▓ ▓▓▓▓▓▓
Dylon Necleff SR, Jaelynn Necleff
have sufferd Severe Truma, and
determental, emotional Stress.
The Children have been Separated from
each other for no reason.

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $ _____

☑    Other (explain):

Court Cost.

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1-25-2019
Dated

Plaintiff's Signature
Tony M. Nedeff

Nedeff, Dana, Lynn
Printed Name (Last, First, MI)

314 S. 48th ave        Yakima        Wa        98908
Address                City                State        Zip Code

(509) 895-7222
Telephone Number                        E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

1-25-2019

Nedeff, Tony Micheal
314 S 48th ave, Yakima WA 98908
(509) 895-7222

X Tony M. Nedeff
314 S 48th Ave. 98908